**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS TEACHERS ASSOCIATION, et al.,<br>*Plaintiffs*,<br>v.<br>WILLIAM C. CAMPBELL, et al.,<br>*Defendants*. | **Case No.** |

**CERTIFICATION OF RYAN LEACH**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Ryan Leach, hereby certify and state:

1. I make this certification in support of the motion based on my own knowledge of the matter set forth herein and attest that the information provided is true and correct.

2. I am Deputy General Counsel at the Massachusetts Teachers Association, 2 Heritage Drive, 8th Floor, Quincy, MA 02178. My email address is rleach@massteacher.org and my phone number is (617) 878-8284.

3. I have been admitted to practice in Massachusetts (active) and Texas (inactive). I am a member in good standing of every bar to which I am admitted.

4. I am not the subject of disciplinary proceedings pending in any bar to which I am admitted.

5. I have not been suspended or disbarred in any jurisdiction.

6. I have not previously had *pro hac vice* admission to the U.S. District Court for the District of Massachusetts or other admission for a limited purpose under Local Rule 83.5.3 revoked for misconduct.

7. I am familiar with and agree to comply with the Local Rules of the Court.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: October 26, 2026

Respectfully submitted,

*<u>/s/ Ryan Leach</u>*
Ryan Leach (BBO No. 706159)
Massachusetts Teachers Association
2 Heritage Drive, 8th Floor
Quincy, MA 02178
(617) 878-8284
rleach@massteacher.org